# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THOMAS HENRY LEE BARFELL,

    Plaintiff,

  v.                                                                                                           Case No. 13-C-854

Matthew Weisse, et al.,

    Defendants.

## ORDER ON MOTIONS TO COMPEL AND FOR EXTENSION OF TIME

       This case came before the Court for a telephone hearing on May 28, 2014, on Plaintiff's motion to compel, ECF [71], and motion for an extension of time, ECF [72]. Both motions were, in effect, granted. The motion to compel seeks records from both the healthcare defendants and the jail defendants. The healthcare defendants are directed to produce any and all records relating to requests by Mr. Barfell for medical care while at the Winnebago County Jail during the time period referred to in the complaint, as well as healthcare records maintained by the defendants or by outside parties that have been or will be obtained pursuant to the medical authorization provided by Mr. Barfell. The jail defendants shall produce to Mr. Barfell all documents relating to his requests for healthcare maintained by the jail, as well as all documents relating to the denial of his mail privileges while held at the Winnebago County Jail during the relevant time period, all grievances filed by him concerning mail, and all documents relating to the handling of those grievances.

       The Court notes for the record that in the course of the hearing, Barfell agreed that his medical claim against the defendants was limited to his asthma condition and the alleged failure of the defendants to properly respond to his request for care and treatment. The defendants are entitled to rely on this concession.

The motion to extend is also granted, and the parties have until September 2, 2014, by which to file any dispositive motions. Upon the disposition of those motions, the Court will set the matter for a jury trial, if necessary.

**SO ORDERED** this   28th   day of May, 2014.

                                         s/ William C. Griesbach
                                         William C. Griesbach, Chief Judge
                                         United States District Court